US00D789312S

(12) **United States Design Patent**    (10) Patent No.:    **US D789,312 S**

Wang      (45) **Date of Patent:**   \*\*   **Jun. 13, 2017**

(54) **SINGLE MAGNETIC BRICK**

(71) Applicant: **Howard Wang**, Hacienda Heights, CA (US)

(72) Inventor: **Howard Wang**, Hacienda Heights, CA (US)

(\*\*) Term: **15 Years**

(21) Appl. No.: **29/541,656**

(22) Filed: **Oct. 6, 2015**

(51) LOC (10) Cl. .............................................. **13-99**

(52) **U.S. Cl.**
USPC ....................................................... **D13/183**

(58) **Field of Classification Search**
USPC .......... D13/183, 133, 154, 184, 199; D8/16, D8/373, 354, 350; D19/75, 96, 97, 100; 174/661, 659, 50, 660, 666, 153 G, 655, 174/58, 60, 64, 656, 665, 135, 152 G, 53, 174/57, 59, 650, 653, 657, 663, 667; 446/129, 132, 137, 138; 63/29.2, 900; 248/206.5, 467; 40/600, 621; 24/691, 24/619; D25/113, 124, 119, 121; D21/500, 484; D20/22, 41, 43
CPC .... G09F 7/04; G09F 2007/1852; Y10T 24/32; A44D 2203/00; Y10S 63/90; Y10S 211/01; B43M 99/004
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 3,196,579 A | * | 7/1965 | Lepper | A63H 33/046 446/92 |
| 5,030,158 A | * | 7/1991 | Gal | A63H 33/042 359/896 |
| D330,541 S | * | 10/1992 | Burrow | D13/118 |
| 5,411,262 A | * | 5/1995 | Smith | A63F 9/34 273/156 |
| 5,651,715 A | * | 7/1997 | Shedelbower | A63F 9/088 273/155 |
| 6,024,626 A | * | 2/2000 | Mendelsohn | A63H 33/046 446/124 |
| D449,282 S | | 10/2001 | Kramer | D13/199 |
| 6,431,936 B1 | * | 8/2002 | Kiribuchi | A63H 33/046 446/129 |
| 6,969,294 B2 | * | 11/2005 | Vicentelli | G09F 7/04 446/124 |
| 7,066,778 B2 | * | 6/2006 | Kretzschmar | A63H 33/046 446/124 |
| D632,892 S | * | 2/2011 | Zalewski | D3/273 |
| D693,320 S | * | 11/2013 | Zelazowski | D13/183 |
| 9,314,707 B2 | * | 4/2016 | Ornstein | A63H 33/046 |
| 9,364,769 B2 | * | 6/2016 | Kosmo | A63H 33/42 |

(Continued)

OTHER PUBLICATIONS

"Magnetic Stick n Stack." Product advertisement. Amazon.com. Oct. 2013. https://www.amazon.com/dp/B00DAJBD9A?psc=1.*

(Continued)

*Primary Examiner* — Derrick Holland
*Assistant Examiner* — Jennifer O King
(74) *Attorney, Agent, or Firm* — Clement Cheng

(57) **CLAIM**

The ornamental design for a single magnetic brick, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of a single magnetic brick.
FIG. **2** is a front view.
FIG. **3** is a rear view.
FIG. **4** is a left side view.
FIG. **5** is a right side view.
FIG. **6** is a top view; and,
FIG. **7** is a bottom view.
The broken lines shown represent unclaimed subject matter and form no part of the claimed design.

**1 Claim, 3 Drawing Sheets**



## US D789,312 S

Page 2

(56)              **References Cited**

U.S. PATENT DOCUMENTS

2003/0046845 A1 *   3/2003   Boddie  ..................... G09F 7/04
                                                        40/600

OTHER PUBLICATIONS

"Magna Tiles Clear Colors 100 Piece Set." Product Advertisement.
Amazon.com.    Dec.    2007.    https://www.amazon.com/
Magnac%ADTiles%ADClear%ADColors%AD100%ADPiece/dp/
B000CBSNRY/ref=sr_1__1?ie=UTF8&qid=1469829474
&sr=8%AD1&keywords=magna+tiles.*

* cited by examiner



**FIG. 1**



FIG. 2



FIG. 3



FIG. 4        FIG. 5

FIG. 6

FIG. 7