UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LALTITUDE LLC,<br><br>      Plaintiff(s),<br><br> v.<br><br>INDIVIDUALS, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A,<br><br>      Defendant(s). | CASE NO. C25-1961-KKE<br><br>ORDER DENYING PLAINTIFF'S MOTION TO SEAL |

   This matter is before the Court on Plaintiff Laltitude LLC's motion to seal the Wang Declaration and Exhibits 1 and 2 of the Wang Declaration (Dkt. No. 6), which is currently styled as an ex parte motion. Dkt. No. 5 at 1. Plaintiff cites no authority in support of filing the motion ex parte. *See* Dkt. No. 5. To the contrary, Plaintiff acknowledges that much of the information it seeks to seal includes Defendants' own proprietary business information and asserts confidentiality interests on their behalf. Dkt. No. 5 at 4.

   Accordingly, the Court DENIES Plaintiff's ex parte motion to seal. Plaintiff is directed to re-file its motion to seal (Dkt. No. 5), the Wang Declaration, and Exhibits 1 and 2 (Dkt. No. 6) with notice to Defendants, and include a certification that the parties have met and conferred in compliance with Local Civil Rule W.D. Wash LCR 5(g)(3). The Court STRIKES the ex parte,

ORDER DENYING PLAINTIFF'S MOTION TO SEAL - 1

sealed Wang Declaration and accompanying exhibits (Dkt. No. 6), but the Clerk of Court shall not unseal those documents at this time.  LCR 5(g)(6).

Dated this 21st day of October, 2025.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge