UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LALTITUDE LLC, | CASE NO. C25-1961-KKE |
| Plaintiff(s), | ORDER ON JOINT STATUS REPORT |
| v. | |
| INDIVIDUALS, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, | |
| Defendant(s). | |

The Court has reviewed the parties' Joint Status Report on scheduling this design patent case. Dkt. No. 49. The parties appear to agree that the Local Patent Rules, which contemplate a separate claim construction order and briefing, do not apply to design patent actions, and that the Federal Circuit has cautioned courts not to "attempt to construe a design patent claim through a detailed verbal description." *Id.* at 2. The parties, however, do not agree on whether the Court should nonetheless hold separate claim construction proceedings. *Id.* at 2–4.

Defendants' sole argument in favor of separate claim construction proceedings is that "a separate [claim construction] order would be beneficial prior to the parties engaging in dispositive motion practice" and "beneficial for appellate purposes." *Id.* at 3. Defendants, however, cite no particular reason why this case, which involves one design patent claiming a "Single Magnetic Brick" (Dkt. No. 1 ¶ 13), is a good candidate for separate claim construction proceedings. *Cf.*

ORDER ON JOINT STATUS REPORT - 1

*Apple Inc. v. Masimo Corp.*, 22-1366-JLH, 2024 WL 4457858 (D. Del. Oct. 10, 2024) (district court holding a claim construction hearing on four separate design patents claiming distinct components that appear on an Apple electronic device, but nonetheless construing claim and ruling on motion for summary judgment simultaneously).  Nor do they provide any reason why the Court cannot construe the design patent claim at the summary judgment phase.

Thus, the Court strikes the current case schedule.  The Clerk is directed to issue an amended case schedule based upon the parties' agreed upon standard case schedule.  Dkt. No. 49 at 6–7.

Dated this 8th day of June, 2026.

Kymberly K. Evanson
United States District Judge

ORDER ON JOINT STATUS REPORT - 2