UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LALTITUDE LLC,<br><br>Plaintiff(s),<br>v.<br><br>INDIVIDUALS, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A,<br><br>Defendant(s). | CASE NO. C25-1961-KKE<br><br>ORDER GRANTING JOINT STIPULATED MOTION REGARDING EXPERT DISCOVERY |

Having considered the Joint Stipulation Regarding Expert Discovery (the "Stipulation") (Dkt. No. 53), the Court VACATES the August 7, 2026 deadline for disclosure of expert testimony under Federal Rule of Civil Procedure 26(a)(2) set forth in its amended scheduling order (Dkt. No. 51), and AMENDS the case schedule to include the following expert discovery deadlines:

- Identity of Expert Witnesses and High-Level Identification of Areas of Testimony shall be due **August 14, 2026;**
- Opening Expert Reports on Issues Where the Parties Bear the Burden of Proof at Trial shall be due **September 11, 2026;**
- Expert Reports in Response to Opening Expert Reports shall be due **October 9, 2026;**
- Expert Depositions Completed shall be due **November 4, 2026.**

All other deadlines in the amended scheduling order (Dkt. No. 51) shall remain in place.

Dated this 13th day of August, 2026.

Kymberly K. Evanson
United States District Judge