UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LALTITUDE LLC,

Plaintiff(s),

v.

INDIVIDUALS, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A,

Defendant(s).

CASE NO. C25-1961-KKE

ORDER DENYING STIPULATED MOTION

The parties filed a stipulated motion to continue the certain case deadlines, including the deadline for dispositive motions. Dkt. No. 58. The Court's case schedule, however, requires approximately 120 days between the deadline for dispositive motions and the trial date. *See, e.g.*, Dkt. No. 11. The parties' proposed schedule results in fewer than 120 days between the dispositive motions deadline and the trial date. *See* Dkt. No. 58.

The Court therefore DENIES the parties' stipulated motion (Dkt. No. 58), subject to re-filing in accordance with the Court's requirement as stated above. If necessary, the parties may contact Courtroom Deputy Diyana Staples, at KKEcrd@wawd.uscourts.gov, to identify a new trial date in accordance with the Court's trial calendar.

Dated this 10th day of September, 2026.

Kymberly K. Evanson
United States District Judge