UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LALTITUDE LLC,

Plaintiff(s),

v.

INDIVIDUALS, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A,

Defendant(s).

CASE NO. C25-1961-KKE

ORDER GRANTING JOINT STIPULATION AND STIPULATED MOTION TO MODIFY CERTAIN CASE SCHEDULE DEADLINES

Having considered the parties' Joint Stipulation and Stipulated Motion to Modify Certain Case Schedule Deadlines (Dkt. No. 60), the Court finds good cause to grant the requested limited modifications. The case schedule is amended as follows:

| **Event** | **New Deadline** |
|---|---|
| All motions related to discovery must be filed by | October 16, 2026 |
| Discovery must be completed by | October 30, 2026, except for any outstanding third-party discovery that may still need to be completed and any discovery that may be compelled as a result of any discovery motions |
| Opening non-damages expert reports on issues where the party bears the burden of proof at trial | September 30, 2026 |
| Non-damages expert reports responding to opening expert reports | October 30, 2026 |
| Non-damages expert depositions completed | November 15, 2026 |
| Plaintiff's damages expert report | 60 days after completion of discovery from Amazon |

| | |
|---|---|
| Expert report responding to Plaintiff's damages expert report | 30 days after service of Plaintiff's damages expert report |
| Damages expert depositions completed | 14 days after service of the expert report responding to Plaintiff's damages expert report |
| All dispositive motions and Daubert motions must be filed by | November 30, 2026 |

The unexpired deadlines in the previous case schedule (Dkt. Nos 51, 54) are VACATED. The trial date is continued from March 15, 2027, to April 5, 2027, at 9:30 a.m. The courtroom deputy is directed to issue an amended case schedule with the deadlines in the table above, as well as new deadlines for the settlement conference, proposed jury instructions, pretrial order, trial brief, motions in limine, proposed voir dire questions, and deposition designations, based on the parties' agreed-upon trial date of April 5, 2027, consistent with the Court's standard case schedule.

IT IS ORDERED.

DATED this 11th day of September, 2026.

Kymberly K. Evanson
United States District Judge