UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LALTITUDE LLC,<br><br>Plaintiff(s),<br>v.<br><br>INDIVIDUALS, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A,<br><br>Defendant(s). | CASE NO. C25-1961-KKE<br><br>ORDER DIRECTING DEFENDANTS TO RESPOND TO PLAINTIFF'S STATEMENT OF DISCOVERY DISPUTE |

This matter comes before the Court on Plaintiff's motion for protective order and statement of discovery dispute filed on October 16, 2026. Dkt. Nos. 66, 68. Plaintiff seeks a protective order as to the deposition of Mr. Howard Wang, which Defendants noticed for October 29 and 30, 2026, on October 14, 2026. Dkt. No. 67-1. Plaintiff's statement of discovery dispute does not comply with this Court's procedures, as it does not include Defendants' position.[1] In light of the time sensitive nature of the issues raised in the statement, the Court ORDERS Defendants to respond to Plaintiff's statement of discovery dispute (Dkt. No. 68) no later than October 20, 2026. Defendants' response shall not exceed two pages.

Dated this 19th day of October, 2026.

Kymberly K. Evanson
United States District Judge

[1] The Court is aware that Plaintiff asked for Defendants' position on October 16, 2026, but did not provide Defendants a reasonable amount of time in which to respond before filing. *See* Dkt. No. 67-5.